IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


JASON TOWNSEND and SECURA
INSURANCE.

　　　　　　Plaintiffs,

vs.                                                    Case No. 15-9216-JTM

SPECTRUM BRANDS, INC.,                 (Consolidated With 15-9183-JTM)
UNITED PET GROUP, INC.,
AQUARIUM SYSTEMS, INC., AND
MARINELAND

　　　　　　Defendants.

ORDER

　　　Stipulated Joint Motion to Dismiss Complaint With Prejudice (Dkt. 32 in 15-9183) and

Stipulated Motion to Dismiss Acuity's Complaint With Prejudice (Dkt. 33 in 15-9183) are

hereby granted.

　　　IT IS THEREFORE ORDERED that this case is dismissed with prejudice with the

parties each paying their own attorney fees, court costs, and any other costs associated with their

claims.

　　　IT IS SO ORDERED this 10th day of February, 2016.


　　　　　　　　　　　　　　　　　　 s/ J. Thomas Marten
　　　　　　　　　　　　　　　　　　J. THOMAS MARTEN, JUDGE